UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON ARLETA CAMPBELL | CIVIL ACTION |
| VERSUS | NO. 17-3119 |
| B.P. EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "R" (2) |

### ORDER AND REASONS

Before the Court is plaintiff Sharon Arleta Campbell's motion to indefinitely continue all scheduling deadlines until plaintiff's counsel has completed discovery on the issue of BP's failure to conduct dermal monitoring and biomonitoring.[1] Defendants oppose plaintiff's motion.[2]

Plaintiff's motion to continue is denied as moot. Plaintiff's recently filed spoliation motion based on BP's failure to conduct monitoring, in addition to the September 15, 2022 deposition of Dr. Richard Heron, together evidence that Campbell has effectively concluded discovery on this issue. Further, as noted in the Court's Order and Reasons granting summary judgment to BP and excluding Dr. Cook's testimony, additionally discovery on BP's failure to conduct monitoring is not germane to either summary

---

[1] R. Doc. 47.
[2] R. Doc. 48

1

judgment or the admissibility of plaintiff's proposed expert opinion. The additional information sought, and now received, does not cure the deficiency in plaintiff's case.

Plaintiff's motion to continue is DENIED as MOOT.

New Orleans, Louisiana, this __28th__ day of November, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE